# Notice Recipients

District/Off: 0970–4     User: vanegasv     Date Created: 12/20/2018
Case: 4:18–bk–15395–SHG     Form ID: ntcdef     Total: 3

**Recipients of Notice of Electronic Filing:**
tr     TRUDY A. NOWAK     trustee@tanowak.com
aty     STEPHEN MARK TREZZA     trezzaecfnotices@gmail.com

                                                            TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Sonia Evans     5000 E Grant Rd     # 74     Tucson, AZ 85712–2741

                                                            TOTAL: 1